```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                                      :   DOC #:_____
UNITED STATES                                         :   DATE FILED: 4/8/2020
                              Government              :
                                                      :   17 Crim. 262 (LGS)
               -against-                              :
                                                      :        ORDER
GODEL SEZANAYEV.                                      :
                              Defendant.              :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on April 8, 2020. It is hereby

**ORDERED** that, by **April 9, 2020**, the Government shall file a letter stating whether it would treat a denial of Defendant's request for the Warden to file a motion for compassionate release as an exhaustion of administrative remedies. It is further

**ORDERED** that Defendant shall, **no later than April 22, 2020**, file a letter providing a status update on the circumstances at his home.

Dated: April 8, 2020
      New York, New York

                                                   **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**