UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA        :

                -against-            :        17 Crim. 262-01 (LGS)

    GODEL SEZANAYEV,              :        ORDER
                        Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 23, 2020, Defendant Godel Sezanayev filed a motion for compassionate release pursuant to 18 U.S.C. § 3582. On the same date, Defendant submitted to the Warden at FCI Fairton, where he is currently housed, a request for immediate release to home confinement;

      WHEREAS, section 3582(c)(1)(A) provides that if the Bureau of Prisons has not responded to a request for release within thirty days, the prisoner may bring a motion for immediate release in Fedreal District Court. *See* 18 U.S.C. § 3582(c)(1)(A). The thirty-day lapse period pertaining to Defendant's request for immediate release concluded on April 22, 2020;

      WHEREAS, a telephonic conference for this matter was held on April 8, 2020. Following the conference, the Court issued an Order directing Defendant to file a letter no later than April 22, 2020, providing a status update on the circumstances at his home. ECF 262;

      WHEREAS, Defendant has not filed a letter updating the Court on the circumstances at his home, or on any other subject. It is hereby

      **ORDERED** that, by **May 20, 2020**, Defendant shall file a letter stating whether the Warden at FCI Fairton has responded to his request for immediate release. If the Warden has not

responded, Defendant shall also update the Court on the circumstances at his home, and indicate if he intends to renew his request for immediate release pursuant to § 3582.  The Court will deny Defendant's pending motion for compassionate release if no response is filed.

Dated: May 13, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**